IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL SWIMMING POOL FOUNDATION, a Colorado Nonprofit Organization, | ) ) ) ) | 8:10CV117 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| KATHLEEN KELLEY, et al., | ) ) | |
| Defendants. | ) ) | |

Defendant Kerry Winterer ("Winterer") filed a motion to dismiss him from this action pursuant to Fed. R. Civ. P. 12(b)(2). (Filing 32.) Winterer argued that there had not been proper service of process upon him in his official capacity because the summons and complaint were not served upon the Nebraska Attorney General's Office, as required by Neb. Rev. Stat. § 25-510.02. Subsequent to the filing of his motion to dismiss, this alleged service defect was cured as Winterer was served at the Office of the Attorney General (filing 42). Winterer filed an answer to Plaintiff's complaint on July 1, 2010 (filing 47).

Accordingly,

IT IS ORDERED that Defendant Winterer's motion to dismiss (filing 32) is denied as moot.

July 7, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge