IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL SWIMMING POOL FOUNDATION, a Colorado Nonprofit Organization, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV117 |
| V. | ) ) | |
| KATHLEEN KELLEY, in her official capacity as Chief Administrative Officer, Douglas County, State of Nebraska, DOUGLAS COUNTY, State of Nebraska, ADI POUR, in his official capacity as Director, Health Department, Douglas County, State of Nebraska, DOUGLAS CLARK, in his official capacity as Chief Division of Environmental Health, Health Department, Douglas County, State of Nebraska, BRUCE D. DART, in his official capacity as Health Director, City of Lincoln-Lancaster County Health Department, State of Nebraska, CITY OF LINCOLN, State of Nebraska, LANCASTER COUNTY, State of Nebraska, JOHN DOES, 1-4, and JANE DOES, 1-4, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Pursuant to the stipulated motion for dismissal of Plaintiff's claims against Defendants Douglas County, Nebraska; Kathleen Kelly, in her official capacity as

Chief Administrative Officer for Douglas County; Adi Pour, in her official capacity as Director, Health Department; and Douglas Clark, in his official capacity as Chief, Division of Environmental Health, Health Department (collectively the "Douglas County Defendants") (filing 65),

IT IS ORDERED:

1. Plaintiff's claims against the Douglas County Defendants (Douglas County, Nebraska; Kathleen Kelly; Adi Pour and Douglas Clark) are hereby dismissed with prejudice, with each party to pay its respective attorney's fees and costs;

2. Plaintiff's claims against the remaining parties to this litigation remain pending.

January 3, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge